UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  14-cr-00118-01 |
| | * | |
| VERSUS | * | |
| | * | DISTRICT JUDGE FOOTE |
| DANIEL L. DAWSON | * | MAGISTRATE JUDGE HORNSBY |

PRELIMINARY ORDER OF FORFEITURE

WHEREAS, by virtue of the terms and conditions of the defendant, DANIEL L. DAWSON, the United States is now entitled to possession of all of defendant's rights, title, and interest in the following assets:

    a)    a H. Koon, model Snake Charmer, .410 gauge shotgun.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    Based on the defendant's guilty plea as to Count 1 of the Indictment, all rights, title and interest of the defendant, DANIEL L. DAWSON, and the following property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 26, United States Code, Section 5872:

    a)    a H. Koon, model Snake Charmer, .410 gauge shotgun.

2.    Upon entry of this Order, the United States Marshal's Service or the Bureau of Alcohol, Tobacco, Firearms and Explosives is authorized to seize said assets on behalf

of the United States, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

3. Pursuant to Title 26, United States Code, Section 5872 and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, the United States shall publish notice of this order on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, notice of this Order and notice of the United States Marshal Service's or the Bureau of Alcohol, Tobacco, Firearms and Explosives 's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, DANIEL L. DAWSON, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the

Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, Louisiana 71101 with a copy thereof sent to Assistant United States Attorney Robert W. Gillespie, Jr., 300 Fannin Street, Suite 3201, Shreveport, Louisiana 71101.

4. That upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

Shreveport, Louisiana, this __21st__ day of January, 2015.

_____
ELIZABETH E. FOOTE
United States District Judge